THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA SMITH, Respondent, *v.* THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD HILLS, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RITA SCOTTI, Respondent, *v.* THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD HILLS, Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 222 App. Div. 680, 681.

(Submitted March 26, 1928; decided April 3, 1928.)

MOTION in each of the above-entitled proceedings to dismiss appeals from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 4, 1927, which affirmed an order of Special Term sustaining a writ of habeas corpus and discharging relator from custody.

The motions were made upon the grounds that only an academic question is involved in the appeals.

*Alton W. Teale* for motion.

*Albert Ottinger, Attorney-General (Henry C. Henderson* of counsel), opposed.

Motion to dismiss appeals denied.